McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00191-MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| ZULEMA ELIZABETH RODRIGUEZ, and DAVID LYNN DEVOY, | DATE: December 13, 2018<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on December 13, 2018.

2. By this stipulation, the defendants now move to continue the status conference until February 7, 2019, and to exclude time between December 13, 2018, and February 7, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes law enforcement reports, photographs, and several hours of audio and video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

| | |
|---|---|
| 1 |       b)      Counsel for defendants desire additional time consult with their |
| 2 | clients, review the discovery, conduct defense investigation, and otherwise prepare |
| 3 | for trial. |
| 4 |       c)      Counsel for defendants believe that failure to grant the above- |
| 5 | requested continuance would deny them the reasonable time necessary for effective |
| 6 | preparation, taking into account the exercise of due diligence. |
| 7 |       d)      The government does not object to the continuance. |
| 8 |       e)      Based on the above-stated findings, the ends of justice served by |
| 9 | continuing the case as requested outweigh the interest of the public and the |
| 10 | defendant in a trial within the original date prescribed by the Speedy Trial Act. |
| 11 |       f)      For the purpose of computing time under the Speedy Trial Act, 18 |
| 12 | U.S.C. § 3161, et seq., within which trial must commence, the time period of |
| 13 | December 13, 2018 to February 7, 2019, inclusive, is deemed excludable pursuant to |
| 14 | 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a |
| 15 | continuance granted by the Court at defendant's request on the basis of the Court's |
| 16 | finding that the ends of justice served by taking such action outweigh the best |
| 17 | interest of the public and the defendant in a speedy trial. |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 7, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: December 7, 2018

/s/ HANNAH LABAREE
HANNAH LABAREE
Counsel for Defendant
Zulema Elizabeth Rodriguez

Dated: December 7, 2018

/s/ KRESTA DALY
KRESTA DALY
Counsel for Defendant
David Lynn Devoy

**ORDER**

IT IS SO ORDERED.

Dated: December 29, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE