Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2810 Fifth Street
Davis, California 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
David Devoy

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZULEMA ELIZABETH RODRIGUEZ AND DAVID LYNN DEVOY,<br><br>Defendants. | Case No. 2:18-CR-00191-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Judge: Honorable Morrison C. England, Jr. |

**STIPULATION**

1. By previous order this case was set for status conference on February 7, 2019.

2. By this stipulation, the defendants now move to continue the status conference until March 28, 2019 and to exclude time between February 7, 2019 and March 28, 2019 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    (a) The government has represented that the discovery associated with this case includes law enforcement reports, photographs and several hours of audio and video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

///

{00027414}

STIPULATION AND ORDER -1- [Case No. 2:18-CR-00191-MCE]

(b) Counsel for the defendants desire additional time to consult with their clients, review the discovery, conduct investigation and otherwise prepare for trial.

(c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

(d) The government does not object to the continuance.

(e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

(f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of February 7, 2019 to March 28, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Dated: February 5, 2019.  Respectfully submitted,

By /s/ Kresta Nora Daly for
HANNAH LABAREE
Attorney for ZULEMA ELIZABETH RODRIGUEZ

Dated: February 5, 2019.  BARTH DALY LLP

By /s/ Kresta Nora Daly
KRESTA NORA DALY
Attorneys for DAVID LYNN DEVOY

Dated: February 5, 2019.  By /s/ Kresta Nora Daly for
JUSTIN LEE
Assistant United States Attorney

# ORDER

The status conference of February 7, 2019 is vacated and continued to March 28, 2019. The Court finds excludable time through March 28, 2019 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that the interests of justice are best served by granting the request and outweighs the interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

IT IS SO ORDERED.

Dated: February 6, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE