| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | JUSTIN L. LEE<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZULEMA ELIZABETH RODRIGUEZ, and DAVID LYNN DEVOY,<br><br>Defendants. | CASE NO. 2:18-CR-00191-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: March 28, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on March 28, 2019.

2. By this stipulation, the defendants now move to continue the status conference until May 9, 2019, and to exclude time between March 28, 2019, and May 9, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes law enforcement reports, photographs, and several hours of audio and video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

b) Counsel for defendants desire additional time consult with their clients, review the discovery, conduct defense investigation, and otherwise prepare for trial.

c) On March 20 and 21, 2019, the parties conferred regarding the status of the case. Counsel for the defendants conveyed that they are still working with the defendants to determine how to proceed with the case. Additionally, the United States informed defense counsel that the United States will be producing additional discovery in the form of forensic reports of the defendants' cellular telephones. Defense counsel will need additional time to review the forensic reports.

d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 28, 2019 to May 9, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///

| | |
|---|---|
| Dated: March 21, 2019 | McGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ JUSTIN L. LEE<br>JUSTIN L. LEE<br>Assistant United States Attorney |
| Dated: March 21, 2019 | /s/ HANNAH LABAREE<br>HANNAH LABAREE<br>Counsel for Defendant<br>Zulema Elizabeth Rodriguez |
| Dated: March 21, 2019 | /s/ KRESTA DALY<br>KRESTA DALY<br>Counsel for Defendant<br>David Lynn Devoy |

**ORDER**

IT IS SO ORDERED.

Dated: March 28, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE