Michael Chastaine SBN 121209
The Chastaine Law Office
2377 Gold Meadow Way
Gold River, CA 95670
(916)932-7150
Mike@Chastainelaw.net

Attorney for Defendant
David Devoy

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DAVID DEVOY,<br><br>               Defendant. | Case № 2:18 CR 191 MCE<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE<br><br><br>DATE:     December 2, 2021<br>TIME:     10:00 a.m.<br>JUDGE:   Hon. Morrison C. England. |

### STIPULATION

1.  By previous order, this matter was set for status on October 21, 2021.

2.  By this stipulation, defendant, David Devoy now move to continue his status conference until December 2, 2021, and to exclude time between October 21, 2021 and December 21, 2021, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a.  The government has represented that the discovery associated with this case includes law enforcement reports, photographs, and several hours of audio and video recordings.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b.  Counsel for Mr. Devoy requires additional time to consult with Mr. Devoy, review discovery, conduct defense investigation, including obtaining records of prior convictions and otherwise prepare for trial.

c. Mr. Devoy is currently housed in Nevada County which delays counsel's ability to confer with him and review evidence.

d. Counsel for Mr. Devoy believe that the failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. The government does not object to the continuance.

f. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq., within which trial must commence, the time period of October 21, 2021 to December 2, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time period are excludable from the period within which a trial must commence

IT IS SO STIPULATED

///

1

DATED: October 14, 2021                    /s/ Michael Chastaine

2                                                          MICHAEL CHASTAINE

3                                                          Attorney for David Devoy

4

5     DATED: October 14, 2021                    PHILLIP A. TALBERT

                                                           Acting United States Attorney
6

7                                                          /s/Justin Lee

                                                           JUSTIN LEE
8                                                          Assistant United States Attorney

                                                           Attorney for Plaintiff
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

### O R D E R

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including December 2, 2021, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the October 21, 2021 status conference shall be continued until December 2, 2021 at 10:00  a.m.

IT IS SO ORDERED.

Dated:  October 18, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE