PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:18-CR-00191-KJM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| DAVID LYNN DEVOY, | DATE: December 6, 2021 TIME:  10:00 a.m. COURT: Hon. Kimberly J. Mueller |
| Defendant. | |

**STIPULATION**

1.      By previous order, this matter was set for status on December 6, 2021. ECF 86.  On December 3, 2021, the parties appeared before Magistrate Judge Deborah Barnes for a status of counsel hearing.  ECF 88.  The status of counsel hearing was continued to Monday, December 6, 2021, at 2:00 p.m. to allow for substitute counsel to be present to accept appointment.

2.      By this stipulation, the defendant now moves to continue the status conference until December 13, 2021, and to exclude time between December 6, 2021, the previously set status hearing, and December 13, 2021, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Current defense counsel Michael Chastaine and the defendant have

represented to the Court that they have a breakdown in the attorney-client relationship.  Accordingly, the parties anticipate that new defense counsel will be appointed on December 6.

b)      The government does not object to the continuance.

c)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 2, 2021, to December 13, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  December 3, 2021                              PHILLIP A. TALBERT
                                                     Acting United States Attorney


                                                     /s/ JUSTIN L. LEE
                                                     JUSTIN L. LEE
                                                     Assistant United States Attorney


Dated:  December 3, 2021                              /s/ MICHAEL CHASTAINE
                                                     MICHAEL CHASTAINE
                                                     Counsel for Defendant
                                                     David Lynn Devoy


## ORDER

IT IS SO ORDERED.  The status of counsel hearing is RESET for December 13, 2021, at 9:00 a.m., and the time between December 6, 2021, the previously set status hearing, and December 13, 2021, is excluded under Local Code T4.

DATED: December 8, 2021.


_____
CHIEF UNITED STATES DISTRICT JUDGE