PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>                    v.<br><br>DAVID LYNN DEVOY,<br><br>                                    Defendant. | CASE NO.  2:18-CR-00191-DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: October 4, 2022<br>TIME:  9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

1.      By previous order, this matter was set for status on October 4, 2022.

2.      By this stipulation, the defendant now moves to continue the status conference until December 6, 2022, at 9:30 a.m., and to exclude time between October 4, 2022, the previously set status hearing, and December 6, 2022, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      New defense counsel was appointed on December 6, 2021.  New counsel needs time to review the discovery, meet with the defendant, and otherwise prepare for trial in this case.

        b)      In addition, defense counsel informed the United States that defense counsel had an expert conduct an evaluation of the defendant.  Defense counsel

requests additional time to review the results of the evaluation with the defendant and consider the impact on the resolution of the case.

c)      The government does not object to the continuance.

d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 4, 2022, to December 6, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

Case 2:18-cr-00191-DAD   Document 106   Filed 10/03/22   Page 3 of 3

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  September 30, 2022                    PHILLIP A. TALBERT
                                              United States Attorney


                                              /s/ JUSTIN L. LEE
                                              JUSTIN L. LEE
                                              Assistant United States Attorney


Dated:  September 30, 2022                    /s/ SHARI RUSK
                                              SHARI RUSK
                                              Counsel for Defendant
                                              David Lynn Devoy


## ORDER

The court will adopt the parties' stipulation, continue the scheduled status conference in this 2018 action from October 4, 2022, to December 6, 2022, at 9:30 a.m. and exclude time through December 6, 2022 pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. However, no further continuances of the status conference will be granted absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated:  **September 30, 2022**          _____
                                        UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME          3
PERIODS UNDER SPEEDY TRIAL ACT