Shari Rusk, Bar. No. 170313
P.O. Box 188945
Sacramento, CA 95818
Telephone: (916) 804-8656

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID LYNN DEVOY,<br><br>    Defendant. | CASE NO. 2:18-CR-00191 DAD<br><br>COURT: HON. JUDGE DALE A. DROZD<br>DATE: March 14, 2023<br>TIME: 9:30 A.M.<br><br>**STIPULATION AND ORDER RE STATUS CONFERENCE** |

1. By previous order, this matter was set for status on December 6, 2022.

2. By this stipulation, the defendant now moves to continue the status conference until March 14, 2023, and to exclude time between March 14, 2023, and the previously set status hearing December 6, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) Mr. Devoy has been evaluated by a psychologist who recommended a neurological examination be undertaken for him. The defense has secured funding for this evaluation and a neuropsychologist who is able to conduct the evaluation in December of 2022.

b) The parties request time to get the neurological report and recommendation, determine Mr. Devoy's competence to proceed and then either resolve the case or set a trial date.

1

c) Defense counsel requests additional time to review the results of the evaluation with the defendant and consider the impact on the resolution of the case.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 6, 2022, to March 14, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: November 30, 2022          /s/ Shari Rusk
                                  Shari Rusk
                                  Attorney for Defendant
                                  David Devoy

                                  PHILLIP A. TALBERT United States Attorney

                                  /s/ JUSTIN L. LEE
                                  JUSTIN L. LEE
                                  Assistant United States Attorney

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference previously scheduled for December 6, 2022 is continued to March 14, 2023, at 9:30 a.m. and time is excluded between December 6, 2022 and March 14, 2023, under Local Code T4.

IT IS SO ORDERED.

Dated:  **December 1, 2022**          ___Dale A. Drozd___
                                      UNITED STATES DISTRICT JUDGE