PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>        v.<br><br>DAVID LYNN DEVOY,<br><br>                        Defendant. | CASE NO.  2:18-CR-00191-KJM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: March 14, 2023<br>TIME:  9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

## STIPULATION

1.      By previous order, this matter was set for change of plea on March 14, 2023.

2.      By this stipulation, the defendant now moves to continue the change of plea hearing until March 21, 2023, and to exclude time between March 14, 2023, the previously set hearing, and March 21, 2023, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The United States has tended a proposed plea agreement to the defendant.  Defense counsel has provided a copy of the plea agreement to the defendant.  Defense counsel has not had sufficient time to go over the complete agreement with the defendant and respond to the defendant's questions and concerns regarding the plea agreement.  Defense counsel believes an additional

week will allow counsel the opportunity to meet with the defendant again and complete the review of the plea agreement.  At that point, the defendant will be prepared to enter a guilty plea or set the matter for jury trial.

b)      The government does not object to the continuance.

c)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 14, 2023, to March 21, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  March 8, 2023                              PHILLIP A. TALBERT
                                                  United States Attorney


                                                  /s/ JUSTIN L. LEE
                                                  JUSTIN L. LEE
                                                  Assistant United States Attorney


Dated:  March 8, 2023                             /s/ SHARI RUSK
                                                  SHARI RUSK
                                                  Counsel for Defendant
                                                  David Lynn Devoy


## ORDER


Pursuant to the stipulation of the parties, the change of plea hearing is continued to March 21, 2023, at 9:30 a.m. and time is excluded between March 14, 2023, the previously set hearing, and March 21, 2023, under Local Code T4.

IT IS SO ORDERED.

Dated:   **March 9, 2023**

                                                  UNITED STATES DISTRICT JUDGE