**SHARI RUSK**
Attorney at Law
P.O. Box 188945
Sacramento, CA 95818
Telephone:  (916) 804-8656
Email: rusklaw@att.net

**Attorney for Defendant
DAVID DEVOY**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>DAVID DEVOY,<br>　　　　　　　Defendant. | **No.** 2:18-CR-00191-DAD<br><br>**COURT:** Hon. Dale A. Drozd<br>　**DATE:**　January 23, 2024<br>　**TIME:**　　9:30 a.m.<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGEMENT AND SENTENCING** |

　　　The United States of America through its undersigned counsel, JUSTIN LEE, Assistant United States Attorney, together with counsel for defendant DAVID DEVOY, Shari Rusk, Esq., hereby agree to the following:

   1.  By previous order, this matter was set for judgement and sentencing October 17, 2023.

   2.  The parties agree to continue the sentencing until January 23, 2024, and request the following schedule.

　　Judgment and Sentencing Date:　　　　　　January 23, 2024

Reply or Statement of Non-Opposition:    January 16, 2024

Motion for Correction:    January 9, 2024

DATE: October 12, 2023                    Respectfully Submitted,

                                                          /s/ Shari Rusk
                                                          Shari Rusk
                                                          Attorney for Defendant
                                                          David Devoy

                                                          /s/Justin Lee
cc: Steven Davis, USPO                           Justin Lee
                                                          Assistant United States Attorney

**ORDER**

     IT IS SO ORDERED.

Dated:  **October 16, 2023**                    _____
                                                                  DALE A. DROZD
                                                                  UNITED STATES DISTRICT JUDGE