SHARI RUSK, Bar No. 170313
Attorney at Law
PO BOX 188945
Sacramento, CA 95818
Telephone: (916) 804-8656
rusklaw@att.net

Attorney for Defendant
DAVID DEVOY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:18-CR-00191-DAD |
|---|---|
| Plaintiff, | **PROPOSED ORDER TO SEAL DOCUMENTS** |
| v. | |
| DAVID DEVOY, | |
| Defendant. | |

Upon application of the defendant DAVID DEVOY, through counsel, and good cause being show as set forth in defendant's notice of request to seal and request to seal,

IT IS HEREBY ORDERED that Exhibits 3 and 4 to defendant's January 9, 2024, sentencing memorandum shall be SEALED until ordered unsealed by the Court.

IT IS SO ORDERED.

Dated:  **January 16, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE